UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
MARTY LYNN PROVO § Case No. 11-13957
 §
 Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1] $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/ANDREW NEMETH_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

```
                                            FORM 1                                                              Page:    1
                         INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
                                         ASSET CASES
```

Case No:  11-13957  EBJ   Judge: Honorable Edward Ballinger Jr.   Trustee Name: ANDREW NEMETH   Exhibit A
Case Name: MARTY LYNN PROVO                                       Date Filed (f) or Converted (c): 05/13/11 (f)
                                                                  341(a) Meeting Date: 06/20/11
For Period Ending: 11/21/13                                       Claims Bar Date: 09/20/12

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2148 East Powell Place; 5 bedroom 2.5 Bath | 321,000.00 | 0.00 | | 0.00 | 0.00 |
| 2 | 3476 North Limestone Way; 1 Bedroom 1 Bath | 99,000.00 | 0.00 | | 0.00 | 0.00 |
| 3 | 5 Acres of Land in Pinal County | 40,000.00 | 40,000.00 | | 4,050.00 | 0.00 |
| 4 | Midfirst Bank Acct. No.: XXXXXX2078 | 80.00 | 0.00 | | 0.00 | 0.00 |
| 5 | Tempe Schools Credit Union Acct. No.: XX571 | 65.00 | 65.00 | | 0.00 | 0.00 |
| 6 | Desert Schools Credit Union | 263.00 | 263.00 | | 0.00 | 0.00 |
| 7 | Household Goods | 2,675.00 | 765.00 | | 0.00 | 0.00 |
| 8 | Books | 70.00 | 0.00 | | 0.00 | 0.00 |
| 9 | Family Portraits | 100.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Clothing | 400.00 | 0.00 | | 0.00 | 0.00 |
| 11 | Male Wedding Ring | 100.00 | 0.00 | | 0.00 | 0.00 |
| 12 | Watch | 20.00 | 0.00 | | 0.00 | 0.00 |
| 13 | Computer and Accessories | 400.00 | 0.00 | | 0.00 | 0.00 |
| 14 | Bicycle | 25.00 | 0.00 | | 0.00 | 0.00 |
| 15 | E*Trade Acct. No.: XXXX9643 IRA | 2,124.63 | 0.00 | | 0.00 | 0.00 |
| 16 | American General Life Companies - XXXX4696 | 21,324.19 | 0.00 | | 0.00 | 0.00 |
| 17 | Millennium Trust Company 401K Rollover Acct. No.: XXXXX5758 | 104,989.45 | 0.00 | | 0.00 | 0.00 |
| 18 | E*Trade Account xxxx-5133 IRA | 64.61 | 0.00 | | 0.00 | 0.00 |
| 19 | PDA Verticals 401k | 3,406.36 | 0.00 | | 0.00 | 0.00 |
| 20 | 2002 Colemon Westlake Camper - Popup | 1,000.00 | 1,000.00 | | 0.00 | 0.00 |
| 21 | 2003 Ford Expedition 4 Door | 5,050.00 | 50.00 | | 0.00 | 0.00 |
| 22 | 2002 Mercedes ML500 4 Door | 6,025.00 | 6,025.00 | | 0.00 | 0.00 |
| 23 | 1992 Jeep Cherokee 4 Door | 1,100.00 | 1,100.00 | | 0.00 | 0.00 |
| 24 | 1987 AMC Grand Wagoneer 4 Door | 1,500.00 | 1,500.00 | | 0.00 | 0.00 |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.15 | Unknown |

Gross Value of Remaining Assets

| | | |
|---|---|---|
| Case No: | 11-13957 EBJ | Judge: Honorable Edward Ballinger Jr. |
| Case Name: | MARTY LYNN PROVO | |
| For Period Ending: 11/21/13 | | |

| | |
|---|---|
| Trustee Name: | ANDREW NEMETH |
| Date Filed (f) or Converted (c): | 05/13/11 (f) |
| 341(a) Meeting Date: | 06/20/11 |
| Claims Bar Date: | 09/20/12 |

TOTALS (Excluding Unknown Values)    $610,782.24    $50,768.00    $4,050.15    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Kevin McCoy reviewing case

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 11/21/13

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 11-13957
Case Name: MARTY LYNN PROVO
Taxpayer ID No: XX-XXX3868
For Period Ending: 11/21/13

Trustee Name: ANDREW NEMETH
Bank Name: BANK OF AMERICA, N.A.
Account Number/CD#: XXXXXX2113 - Money Market Account
Blanket Bond (per case limit): $500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/19/12 | 3 | PROVO, MARTY LYNN<br>2148 EAST POWELL PLACE<br>CHANDLER, AZ 85249 | PAYMENT FROM THIRD PARTY<br>SALE OF REAL PROPERTY SPLIT WITH EX-SPOUSE IN CH7 BK #11-19466 (ROGER W. BROWN, TRUSTEE) | 1110-000 | 4,050.00 | | 4,050.00 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 4,050.01 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,050.05 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 5.31 | 4,044.74 |
| 08/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,044.77 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 5.14 | 4,039.63 |
| 09/28/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,039.66 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 4.64 | 4,035.02 |
| 10/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,035.06 |
| 10/31/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 5.46 | 4,029.60 |
| 11/05/12 | | Transfer to Acct#XXXXXX0112 | Transfer of Funds | 9999-000 | | 4,029.27 | 0.33 |
| 11/05/12 | | BANK OF AMERICA, N.A. | Bank Service Fee | 2600-000 | | 0.33 | 0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 4,050.15 | 4,050.15 | 0.00 |
|   Less: Bank Transfers/CD's | 0.00 | 4,029.27 | |
| Subtotal | 4,050.15 | 20.88 | |
|   Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 4,050.15 | 20.88 | |

Page Subtotals    4,050.15    4,050.15

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-13957  
Case Name: MARTY LYNN PROVO  
Taxpayer ID No: XX-XXX3868  
For Period Ending: 11/21/13  

Trustee Name: ANDREW NEMETH  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX0112 - Checking Account  
Blanket Bond (per case limit): $500,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/05/12 |  | Transfer from Acct#XXXXXX2113 | Transfer of Funds | 9999-000 | 4,029.27 |  | 4,029.27 |
| 12/26/12 |  | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 |  | 15.00 | 4,014.27 |
| 01/25/13 |  | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 |  | 15.00 | 3,999.27 |
| 02/25/13 |  | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 |  | 15.00 | 3,984.27 |
| 03/25/13 |  | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 |  | 15.00 | 3,969.27 |
| 04/25/13 |  | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 |  | 15.00 | 3,954.27 |
| 05/28/13 |  | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 |  | 15.00 | 3,939.27 |
| 06/25/13 |  | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 |  | 15.00 | 3,924.27 |
| 07/25/13 |  | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 |  | 15.00 | 3,909.27 |
| 08/13/13 | 001001 | KELLY McCOY<br>340 E PALM LN, STE 300<br>PHOENIX, AZ 85004 | ATTORNEY FEES AND COSTS |  |  | 1,096.56 | 2,812.71 |
|  |  | KELLY McCOY | ATTORNEY FEES (1,032.00) | 3210-000 |  |  |  |
|  |  | KELLY McCOY | ATTORNEY COSTS (64.56) | 3220-000 |  |  |  |
| 08/26/13 |  | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 |  | 15.00 | 2,797.71 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS |  | 4,029.27 | 1,231.56 | 2,797.71 |
| Less: Bank Transfers/CD's |  | 4,029.27 | 0.00 |  |
| Subtotal |  | 0.00 | 1,231.56 |  |
| Less: Payments to Debtors |  | 0.00 | 0.00 |  |
| Net |  | 0.00 | 1,231.56 |  |

|  | TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| Money Market Account - XXXXXX2113 |  | 4,050.15 | 20.88 | 0.00 |
| Checking Account - XXXXXX0112 |  | 0.00 | 1,231.56 | 2,797.71 |
|  |  | 4,050.15 | 1,252.44 | 2,797.71 |
|  |  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts: 0.00  
Total Net Deposits: 4,050.15  
Total Gross Receipts: 4,050.15  

Page Subtotals     4,029.27     1,231.56

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 11-13957  
Debtor Name: PROVO, MARTY LYNN  
Claims Bar Date: 09/20/12  
Date: November 21, 2013

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | ANDREW NEMETH<br>P.O. BOX 30130<br>PHOENIX, AZ 85046-0130 | Administrative | | $0.00 | $1,012.54 | $1,012.54 |
| 100 2200 | ANDREW NEMETH<br>P.O. BOX 30130<br>PHOENIX, AZ 85046-0130 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100 3210 | KELLY McCOY<br>340 E PALM LN, STE 300<br>PHOENIX, AZ 85004 | Administrative | | $0.00 | $1,032.00 | $1,032.00 |
| 100 3220 | KELLY McCOY<br>340 E PALM LN, STE 300<br>PHOENIX, AZ 85004 | Administrative | | $0.00 | $64.56 | $64.56 |
| 1 300 7100 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $11,950.24 | $12,731.54 | $12,731.54 |
| 2 300 7100 | Desert Schools FCU<br>P.O. Box 2945<br>Phoenix AZ 85062 | Unsecured | | $0.00 | $2,841.14 | $2,841.14 |
| 3 300 7100 | PYOD, LLC its successors and assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $21,779.20 | $22,004.48 | $22,004.48 |
| 4 300 7100 | PYOD, LLC its successors and assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $10,457.71 | $11,257.01 | $11,257.01 |
| 5 300 7100 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $19,555.95 | $20,156.32 | $20,156.32 |
| 8 300 7100 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | | $547.48 | $422.48 | $422.48 |
| 6 999 7200 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $13,123.44 | $13,123.44 | $13,123.44 |
| 7 999 7200 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $475.00 | $483.30 | $483.30 |
| | Case Totals | | | $77,889.02 | $85,128.81 | $85,128.81 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-13957
Case Name: MARTY LYNN PROVO
Trustee Name: ANDREW NEMETH

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW NEMETH | $ | $ | $ |
| Attorney for Trustee Fees: KELLY McCOY | $ | $ | $ |
| Attorney for Trustee Expenses: KELLY McCOY | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ | $ | $ |
| 2 | Desert Schools FCU | $ | $ | $ |
| 3 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 4 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 5 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 8 | Capital One, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | American Express Bank, FSB | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | American Express Bank, FSB | $ | $ | $ |

    Total to be paid to tardy general unsecured creditors  $_____

    Remaining Balance  $_____

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

                NONE